# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4905

_____

AMANDA RENEE GULLEDGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

July 10, 2019

PER CURIAM.

Upon review pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), we find no error with Appellant's judgment or sentence, and affirm. We write only to correct a scrivener's error on Appellant's written sentence. *See Ashley v. State*, 850 So. 2d 1265, 1268 n. 3 (Fla. 2003) (defining a scrivener's error as a written clerical error that is not "the result of a judicial determination or error"); *Rivera v. State*, 117 So. 3d 449-50 (Fla. 2d DCA 2013) (remanding for correction of the written sentences to reflect the oral pronouncement in an *Anders* appeal). In the written sentence, the sentence imposed on count 3 is erroneously listed as count 1. On remand, the trial court shall correct the error.

WETHERELL, JAY, and M.K. THOMAS, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————


Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.